**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

    Daniel Turner, et.al.,                      CASE NO.  18-00624-CPM
                                                        Chapter 13

    _____ Debtor(s)  /

MEDIATOR'S REPORT OF MORTGAGE MODIFICATION AND CONTINUED MEDIATION

    In accordance with the Court's Order of Referral to Mediation, dated May 25, 2017 (Docket #12), a mediation conference was held  May 14, 2018.  The results of that conference are indicated below:

A. The following individuals were present.
   1. Daniel Turner                          Debtor
   2. William J. Kopp, Jr.                 Attorney for Debtor

B. The following individuals were present telephonically:
   1. Chris Giacinto                      Creditor's Attorney
   2. Amanda Weber                   Representative, Ditech Financial, LLC

C. The outcome of the mediation conference is as follows:

      _____ A trial Mortgage Modification was offered.
      _____ The parties did not reach agreement.
         X       The parties agreed to adjourn the mediation to a date to be determined.
      _____ The mediation has been terminated.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by U.S. mail on May 24, 2018 ; pursuant to Local Rule 7005-3 to: William J. Kopp, Jr., Esq., Kopp Law P.A., 360 Central Ave, Suite 1570, St. Petersburg, FL  33701 (kopplawpa@gmail.com) and Seth Greenhill, Esq.,  Timothy D. Padgett, P.A., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 (SGreenhill@padgettlaw.net).

                                                                                    /s/ Traci K. Stevenson, Mediator
                                                                                    P.O. Box 86690
                                                                                    Madeira Beach, FL  33738
                                                                                   Telephone: 727-398-0839
                                                                                   tracikstevenson@gmail.com